**Ogletree Deakins**

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

*Attorneys at Law*

10 Madison Avenue, Suite 400
Morristown, NJ 07960
Telephone: 973-656-1600
Facsimile: 973-656-1611
www.ogletree.com

Peter O. Hughes
peter.hughes@ogletree.com

January 12, 2025

**VIA ECF/PACER**
Hon. Andre M. Espinosa, U.S.M.J.
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street, MLK 2D
Newark, NJ 07101

RE:   *Stephens v. SageSure Insurance Managers LLC*
     Civil Action No. 2:23-cv-23338 (CCC-AME)

Dear Judge Espinosa:

This firm represents Defendant SageSure Insurance Managers LLC in the above-entitled matter. Pursuant to Your Honor's Order dated November 21, 2025, please accept this letter in anticipation of the status conference that is presently scheduled for January 13, 2025.

Plaintiff apparently has made no progress in her attempts to retain a fourth attorney to represent her in this meritless action, and Your Honor denied her motion for appointment of pro bono counsel. While Plaintiff has served the undersigned with letters requesting a settlement, Defendant is not interested in engaging in settlement negotiations with Plaintiff at this time. Not only are her demands unreasonable, but, as discussed during the prior status conference with Your Honor, any settlement reached while Plaintiff is in the process of retaining new counsel would likely be unproductive. A newly appointed attorney could potentially invalidate any settlement agreement reached directly with Plaintiff.

Defendant respectfully requests permission to renew its motion to dismiss pursuant to Fed.R.Civ.P. 41(b). Plaintiff has had ample time to prosecute her claims, and Defendant is unduly prejudiced in being required to continue to defend itself in this matter.

Thank you for Your Honor's courtesies in this matter.

A South Carolina Professional Corporation ▪ Steven J. Luckner ▪ New Jersey Managing Shareholder

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Bloomfield Hills ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville
Houston ▪ Indianapolis ▪ Jackson ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis ▪ Montréal (Canada)
Morristown ▪ Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland ▪ Raleigh ▪ Richmond
St. Louis ▪ St. Thomas ▪ Sacramento ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington

Hon. Andre M. Espinosa
January 12, 2025
Page 2

                                            Respectfully submitted,

                                            **OGLETREE, DEAKINS, NASH,**
                                            **SMOAK & STEWART, P.C.**

                                            */s/ Peter O. Hughes*

                                            Peter O. Hughes, Esq.

cc:    Latanzia Stephens (via ECF/Pacer and certified mail to P.O. Box 850122, Mobile, AL 36685)
         Erin N. Donegan, Esq.