UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**LaTanzia Stephens, Plaintiff (Pro Se)**
v.
**SageSure Insurance Managers LLC, Defendant**
**Civil Action No. 2:23-cv-23338-CCC-AME**

**PLAINTIFF'S STATUS UPDATE REGARDING DISCOVERY COMPLIANCE**

Dear Judge:

Plaintiff respectfully submits this Status Update to advise the Court that she has now fully complied with the Court's directives regarding Rule 26(a) initial disclosures and discovery obligations, and continues to supplement pursuant to Rule 26(e).

Plaintiff confirms that the following tasks have been completed and served upon Defendant's counsel:

1. Rule 26(a)(1) Initial Disclosures;
2. Rule 26(e) Notice of Continuing Supplementation;
3. Supplemental Interrogatory Responses;
4. Plaintiff's First Set of Interrogatories to Defendant;
5. Production Index and Neutral Discovery Timeline; and
6. Themed Discovery Productions Nos. 1 through 9, including sworn affidavits, email records, corporate ownership evidence, disability determinations, termination documentation, workers' compensation materials, and *Supplemental Production No. 9 – Retaliation & Compensation Irregularities (Late Bonus / Payroll Delay Following Protected Activity)*.

Plaintiff has acted in good faith and with diligence, completing all Court-directed tasks well within the time provided. Plaintiff continues to supplement discovery in an organized and rule-compliant manner and stands ready to participate in the next phase of this litigation as directed by the Court.

Due to Plaintiff's documented disabilities, including severe carpal tunnel syndrome and chronic pain, Plaintiff receives non-legal clerical assistance from family and friends with no legal background for tasks such as scanning, formatting, and document handling. Plaintiff remains solely responsible for all substantive legal decisions, filings, and representations to the Court.

Plaintiff respectfully submits this update to ensure that the Court has an accurate record of her compliance and good-faith prosecution of this matter.

Respectfully submitted,

_____
LaTanzia Stephens, Plaintiff (Pro Se)

## CERTIFICATE OF SERVICE

I certify that on this date, I served the foregoing Status Update upon counsel for Defendant SageSure Insurance Managers LLC by electronic mail.

Dated: Jan 24th 2026

_____
LaTanzia Stephens, Plaintiff (Pro Se)